W. P. WRIGHT v. THE STATE.

No. 9409.   Delivered May 6, 1925.

**Theft, a Felony—No Statement of Facts Nor Bills of Exception.**

No statement of facts nor bills of exception appearing in the record, the cause must be affirmed.

Appeal from the District Court of Maverick County. Tried below before the Hon. Joseph Jones, Judge.

Appeal from a conviction of theft, a felony; penalty, two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—Under an indictment regularly presented, and faulty in neither form nor substance, the appellant was convicted of the offense of theft; punishment fixed at confinement in the penitentiary for two years.

The appeal is supported by neither bills of exception nor statement of facts. No error has been pointed out or perceived.

The judgment is affirmed.

*Affirmed.*